In the Matter of PIERCE-ARROW MOTOR CORPORATION et al., Petitioners, against CARROLL E. MEALEY et al., Constituting the State Tax Commission, Respondents.

Submitted April 15, 1946; decided April 18, 1946.

*C. O. Donahue* and *Thomas A. Purcell* for motion.
No one opposed.

Motion denied, with $10 costs and necessary printing disbursements on the ground that an appeal lies as of right.